## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| STUART MUNSON,  on behalf of<br>himself and all others similarly situated, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | C. A. No. 5-558 |
| v. | )<br>) | |
| INTEL CORPORATION, | )<br>) | |
| Defendant. | )<br>) | |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied.  No prior extensions of time have been sought or granted.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ James L. Holzman
    James L. Holzman (#663)
    D.W. Gregory (#4408)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    Telephone:  (302) 888-6500
    jholzman@prickett.com
    dwgregory@prickett.com

POTTER ANDERSON & CORROON LLP

By: _____ (J983)
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    Facsimile:  (302) 658-1192
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

OF COUNSEL:

THE MILLS LAW FIRM
Robert Mills
Harry Shulman
145 Marina Boulevard
San Rafael, CA 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Attorneys for Plaintiff
STUART MUNSON


Dated: August 8, 2005

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

693797

SO ORDERED this ___ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE