UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JIM KIDWELL, MARY REEDER, JOHN MAITA, JWRE, INC., CHRYSTAL MOELLER, and CARESSE HARMS, on their own behalves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-470 (JJF) |
| ROBERT J. RAINWATER, KATHY ANN CHAPMAN and SONIA YACO, on their own behalves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-473 (JJF) |
| MATTHEW KRAVITZ and RAPHAEL ALLISON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-476 (JJF) |
| MICHAEL RUCCOLO, individually, and on behalf all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-478 (JJF) |

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485 (JJF) |
| RYAN JAMES VOLDEN, CHARLES DUPRAZ, VANESSA Z. DEGEORGE, MELISSA GOEKE, JAMES R. CONLEY, NANCY BJORK, TOM KIDWELL and JEFF VAUGHT, on their own behalves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-488 (JJF) |
| LUDY A. CHACON and DARICE RUSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-489 (JJF) |
| MICHAEL K. SIMON, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-490 (JJF) |

| | |
|---|---|
| CHRISTIAN AMBRUOSO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-505 (JJF) |
| ELIZABETH BRUDERLE BARAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-508 (JJF) |
| PAUL C. CZYSZ, on behalf of himself and all similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-509 (JJF) |
| MATTHEW E. LUDT, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-510 (JJF) |

| | |
|---|---|
| FICOR ACQUISITION CO., LLC, d/b/a MILLS & GREER SPORTING GOODS, RICHARD CAPLAN, MARIA PILAR SALGADO, PAULA NARDELLA, NANCY WOLFE, LESLIE MARCH, TOM HOBBS, ANDREW MARCUS and VIRGINIA DEERING, on their own behalves and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No.05-515 (JJF) |
| FAIRMONT ORTHOPEDICS & SPORTS MEDICINE, P.A., on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-519 (JJF) |
| LAW OFFICES OF KWASI ASIEDU, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-520 (JJF) |
| HP CONSULTING SERVICES, INC., on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-521 (JJF) |

| | |
|---|---|
| CARROL COWAN, LEONARD LORENZO, and RUSSELL DENNIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-522 (JJF) |
| LENA K. MANYIN and JASON CRAIG, on their own behalves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-526 (JJF) |
| JOSEPH SAMUEL CONE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-531 (JJF) |
| JEROME FEITELBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-532 (JJF) |

| | |
|---|---|
| ROBIN S. WEETH, and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-533 (JJF) |
| MELINDA HARR, D.D.S., P.C.,<br>on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation<br><br>        Defendant. | C.A. No. 05-537 (JJF) |
| ANDREW S. COHN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-539 (JJF) |
| MARIA GRIFFIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-540 (JJF) |

| | |
|---|---|
| HENRY KORNEGAY, on behalf of himself and on all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-541 (JJF) |
| PAUL RAMOS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-544 (JJF) |
| BERGERSON & ASSOCIATES, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-547 (JJF) |
| DAVID ARNOLD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-554 (JJF) |

| | |
|---|---|
| PHILLIP BOEDING, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 05-557 (JJF) |
| STUART MUNSON, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 05-558 (JJF) |
| JODI SALPETER, JAY SALPETER AND CHERYL GLICK-SALPETER,<br>on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION,<br>a Delaware Corporation,<br><br>　　　　Defendant. | C.A. No. 05-575 |

### DEFENDANT INTEL CORPORATION'S
### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Intel Corporation ("Intel") discloses that there is no parent company and no publicly held entity that owns 10% or more of Intel.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929 | *Attorneys for Defendant INTEL Corporation* |

Dated: August 16, 2005

694959

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 16, 2005, the attached document was sent via U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
David W. Gregory
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Scott E. Chambers
Jeffrey J. Clark
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Joel Friedlander
James G. McMillan, III
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I hereby certify that on August 16, 2005, I have sent via U.S. Mail the documents to the following non-registered participants:

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Eugene A. Spector
Jeffrey L. Kudroff
Jeffrey J. Corrigan
Theodore M. Lieverman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Randy M. Weber
The Law Offices Of Randy M. Weber, P.A.
777 Bricknell Avenue - Suite 1114
Miami, FL 33131

Michael D. Gottsch
Daniel B. Scott
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Harverford, PA 19041

Steven A. Kanner
Douglas A. Millen
Much Shelist Freed Denenberg
    Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412-1311

Douglas P. Dehler
The Dehler Law Firm
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005

John R. Minnino
J Minnino, LLC
475 White House Pike
Collingswood, NJ 08107-2909

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Susan G. Kupfer
Karen Rosenthal
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94104

Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
Heins Mills & Olson, P.L.C.
80 South Eighth Street
Minneapolis, MN 55402

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
Media, PA 19063

Ira Neil Richards
R. Andrew Santillo
Trujillo Rodriguez & Richards, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103

Marc A. Wites
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064

Robert S. Kithceoff
Steven A. Asher
Mindee J. Reuben
Weinstein Kithcenoff & Asher, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Frederick P. Furth
Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

2

Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Jonathan L. Alpert
5920 River Terrace
Tampa, FL 33604-6526

Michael D. Gottsch
Daniel B. Scott
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Harverford, PA 19041

Steven O. Sidener
Joseph M. Barton
C. Andrew Dirksen
Gold Bennett Cera & Sidener, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLC
750 B Street, Suite 2770
San Diego, CA 92101

Mary Jane Edelstein Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street, Suite 111
Chicago, IL 60603

Jayne Goldstein
Mager, White & Goldstein, LLP
2825 University Drive, Suite 350
Coral Springs, FL 33065

Douglas G. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

Arthur Salzberg
Arthur J. Salzberg & Associates, P.C.
Air Rights Center North Tower
4550 Montgomery Avenue, Suite 601N
Bethesda, MD 20814-3202

Dan E. Gustafson
Jason S. Kilene
Gustafson Gluek PLLC
725 Northstar East
608 Second Ave. S.
Minneapolis, MN 55402

Fred Taylor Isquith
Wolf Haldenstein Adler Freeman
    & Herz LLC
270 Madison Avenue
11th Floor
New York, NY 10016

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109

Van Bunch
Bonnett, Fairbourn, Friedman & Balint, P.C.
57 Carriage Hill
Signal Mountain, TN 37377

Chad C. Nodland
Chad C. Nodland, P.C.
109 N 4th Street, Suite 300
P.O. Box 640
Bismarck, ND 58502-0640

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011

Mark A. Griffin
Keller Rohrback LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Marvin A. Miller
Jennifer W. Sprengel
Matthew E. Van Tine
Miller, Faucher & Cafferty LLP
30 N. LaSale Street, Suite 3200
Chicago, IL 60602

Robert Mills
Harry Shulman
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901

Anthony J. Bolognese
Joshua Grabar
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Peter G. Gruber
Peter C. Gruber, P.A.
One Datran Center, Suite 910
9100 South Dadeland Boulevard
Miami, FL 33156-7815

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219

Gene Summerlin
Ogborn, Summerlin & Ogborn, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508

Daniel Hume
David Kovel
Kirby, Mcinerney & Squire LLP
830 Third Avenue
New York, NY 10022

Bryan L. Clobes
Miller, Faucher & Cafferty LLP
One Logan Square
Suite 1700
Philadelphia, PA 19103

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Bradford T. Yaker
Nedelman Pawlak PLLC
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334

4

Robert J. Sharkey
Vandervoort, Christ & Fisher, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017

Noah Golden-Krasner
Law Offices Of Noah Golden-Krasner
354 West Main Street
Madison, WI 53703

Joseph G. Veenstra
Johns, Flaherty & Collins, S.C.
205 Fifth Avenue South
Suite 600
P.O. Box 1626
LaCrosse, WI 54602-1626

Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Richard A. Lockridge
Robert K. Shelquist
Lockridge, Grindal, Nauen, PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Tim Semelroth
Riccolo & Semelroth, P.C.
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401

Charles F. Speer
Donnamarie Landsberg
Speer Law Firm, P.C.
104 W. 9th Street, Suite 305
Kansas City, MO 64105

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

694970

5